UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. UNDERWRITERS INSURANCE
COMPANY,

                Plaintiff,

             v.

GARY R. NEGOUE,

                Defendant.

No.  25-CV-10471 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case has been referred to Magistrate Judge Stein for general pre-trial purposes. Therefore, the initial pre-trial conference scheduled for April 24, 2026 is hereby adjourned *sine die*.  All pre-trial matters shall be raised before Judge Stein.

SO ORDERED.

Dated:      April 6, 2026
            New York, New York

_____
Ronnie Abrams
United States District Judge