

350 Mount Kemble Ave.
P.O. Box 1917
Morristown, New Jersey 07962
phone:  973-267-0058
fax:  973-267-6442
www.coughlinduffy.com

Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone:  212-483-0105
fax: 212-480-3899

VINCENT J. PROTO., ESQ.
DIRECT DIAL: (973) 631-6058
EMAIL: VPROTO@CMG.LAW

May 6, 2026

**MEMO ENDORSED**

*VIA ECF*

Hon. Gary Stein, U.S.M.J.
Southern District of New York
United States Courthouse
500 Pearl Street, Room 702
New York, New York 10007

**Re:      U.S. Underwriters Ins. Co. v. Guy R. Negoue**
**Case No.: 25-cv-10471 (RA) (GS)**

Dear Judge Stein:

     This firm represents Plaintiff U.S. Underwriters Insurance Company ("U.S. Underwriters") in this matter.  Pursuant to Section I(G) of the Court's Individual Practices, we submit this letter motion requesting a brief adjournment of the deadlines in the Court's April 7, 2026 Initial Case Management Conference Order (Doc. 25).  Specifically, we request to adjourn the May 13, 2026 Initial Case Management Conference and today's deadline for submitting a joint Proposed Case Management Plan and Scheduling Order.

     We did not immediately contact Defendant Guy R. Negoue ("Mr. Negoue") to discuss matters relating to the preparation of the Proposed Case Management Plan and Schedule given his pending Applications to Request Pro Bono Counsel (Doc. 18) and to Proceed Without Prepaying Fees or Costs (Doc. 21).  Nonetheless, we e-mailed Mr. Negoue yesterday to discuss scheduling and related matters. However, we have not yet received a response from Mr. Negoue.

     Given Mr. Negoue's outstanding applications, and to allow sufficient time for the parties to meet and confer and then submit a Proposed Case Management Plan and Scheduling Order, we respectfully request that the Court adjourn, by three (3) weeks, both the deadline for submitting the Proposed Case Management Plan and Scheduling Order and the date for the Initial Conference.

     If, by that point, Mr. Negoue remains *pro se* and conferring is not feasible, U.S. Underwriters may seek to submit its own Proposed Case Management Plan and Scheduling Order pursuant to Section II(A)(1) of the Court's Individual Practices.

3567253



Hon. Gary Stein, U.S.M.J.
Case No.: 25-cv-10471 (RA)
May 6, 2026
Page 2 of 2

Pursuant to Section I(G), we further advise that these dates have been twice adjourned via Orders dated February 23, 2026 (Doc. 11) and March 16, 2026 (Doc. 17) to accommodate service efforts on Mr. Negoue and following Mr. Negoue's request for an extension of time to respond to the Complaint. District Judge Abrams also adjourned the Initial Conference *sua sponte* following the referral of this case to Your Honor (Doc. 23).

We appreciate the Court's time and consideration to this matter and are available to respond to any questions that the Court may have.

Respectfully submitted,

*s/ Vincent J. Proto*

Vincent J. Proto, Esq.

cc:    Guy Negoue
       (via ECF, e-mail (guynegoue@yahoo.fr), and regular mail)

Application granted. The Initial Case Management Conference scheduled for May 13, 2026 at 10:00 a.m. is now adjourned to June 9, 2026 at 10:00 a.m. The parties are directed to appear for the video conference via Microsoft Teams at the scheduled time. The parties shall consult and comply with the undersigned's Individual Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-gary-stein. In accordance with Section II.A of the Individual Practices, counsel are directed to file a joint Proposed Case Management Plan and Scheduling Order no later than one week prior to the conference. Click here to join the meeting. Meeting ID: [226 917 052 334 171] Passcode: [EM3Rb9ZP]. SO ORDERED.

Dated: May 11, 2026
       New York, New York

SO ORDERED:

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

3567253