**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X

U.S. UNDERWRITERS INSURANCE
COMPANY,

                       Plaintiff,

             -against-

GUY R. NEGOUE,

                       Defendant.
-------------------------------------------------------------------------X

**25 Civ. 10471 (RA) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

     For the reasons explained on the record during the June 23, 2026 conference,

Defendant Guy Negoue's Application for the Court to Request Pro Bono Counsel (Dkt. No.

18) is **GRANTED**.

      **SO ORDERED.**

DATED:    New York, New York
            June 24, 2026

                                     _____
                                     The Honorable Gary Stein
                                     United States Magistrate Judge